GROUSE MOUNTAIN ASSOCIATES II,
a limited Partnership, dba Grouse
Mountain Lodge, Petitioner,

v.

NATIONAL LABOR RELATIONS
BOARD, Respondent.

National Labor Relations
Board, Petitioner,

v.

Grouse Mountain Associates II, a
limited Partnership, dba Grouse
Mountain Lodge, Respondent.

Nos. 01–70892, 01–71299.
NLRB No. 333–NLRB–
157, 19–CA–24764.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Feb. 11, 2003.

Decided Feb. 25, 2003.

Before BRUNETTI, T.G. NELSON and
RAWLINSON, Circuit Judges.

MEMORANDUM *

There is substantial evidence in the rec-
ord supporting the NLRB's decision that
the totality of Grouse Mountain's conduct
constituted unfair labor practices. *See*

* This disposition is not appropriate for publica-
tion and may not be cited to or by the courts
of this circuit except as provided by Ninth
Circuit Rule 36–3.

* This disposition is not appropriate for publica-
tion and may not be cited to or by the courts
of this circuit except as provided by Ninth
Circuit Rule 36–3.

*Sever v. NLRB*, 231 F.3d 1156, 1164 (9th Cir.2000).

PETITION FOR REVIEW DENIED; CROSS–APPLICATION FOR ENFORCEMENT GRANTED.

---

\*\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.